UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACKELING LOPEZ, Plaintiff, | ) | |
| | ) | CA 06 361T |
| vs. | ) | C.A. No.: |
| | ) | |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**COMPLAINT**

1. This is a personal injury action brought by Jackeling Lopez (hereinafter "Plaintiff") against the United States of America (hereinafter "USA") pursuant to the Federal Tort Claims Act (hereinafter "FTCA"), 28 U.S.C. §§1346(b), and 2672, alleging that she suffered personal injuries due to the negligence of an agent of the Federal Bureau of Investigation.

2. An administrative claim under the "FTCA", 28 U.S.C. § 2672, et seq. was filed on behalf of the Plaintiff. The instant lawsuit was filed after the Defendant, its officers, agents and/or employs had failed to admit the administrative claim within 6 months of the filing thereof.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1346(b). Venue is proper within the District of Rhode Island pursuant to 28 U.S.C. § 1346(b) and 2571 et seq.

4. Plaintiff resides in the City of Woonsocket, State of Rhode Island which is within the District of Rhode Island. The acts of the Defendant, USA and its officers, agents and employs complained of herein occurred within the District of Rhode Island.

5. Venue is proper within the District of Rhode Island pursuant to 28 U.S.C. § 1402.

6. On or about November 7, 2003, an agent of the Federal Bureau of Investigation (hereinafter "FBI Agent"), who was at all times relevant hereto working in his capacity as an officer, agent or employ of the Defendant, USA, was operating a vehicle on Pond Street in the City of Woonsocket, Rhode Island.

7. At the same time and place, the Plaintiff was a pedestrian who was crossing Social Street, in the crosswalk, near the intersection with Pond Street.

8. At all times relevant hereto, Plaintiff was in the exercise of due care.

9. As the FBI Agent approached the intersection of Pond and Social Streets he attempted to make a left turn and struck Plaintiff as she was in the crosswalk.

10. The FBI agent did not stop after striking the Plaintiff.

11. The Plaintiff alleges that at said time and place, the FBI Agent did operate his vehicle in such a negligent manner as to cause it to strike the Plaintiff.

12. The Plaintiff alleges that at said time and place, the FBI Agent did operate his vehicle in such a reckless manner as to cause it to strike the Plaintiff.

## COUNT I

13. The Plaintiff restates and re-alleges the averments contained in paragraphs 1 through 12 herein.

14. As a result of the negligence of the Defendant's agent, officer or employ, the Plaintiff sustained severe personal injuries, incurred medical expenses, and experienced pain, suffering and mental anguish, and was unable to transact her business. Plaintiff does and will continue to be injured, to incur medical expenses, and to

experience pain, suffering and mental anguish; and the Plaintiff was otherwise injured and damnified.

WHEREFORE, the Plaintiff demands judgment against the Defendant, in the amount of $350,000.00, to fully compensate her for the damages herein alleged, plus interest and costs.

JURY DEMAND

The Plaintiff hereby demands a jury trial on all triable issues of right.

Plaintiff,
Jackeling Lopez,
By her attorneys,

Peter M. Iascone, Esq. (3125)
117 Bellevue Avenue
Newport, RI 02840
401-848-5200

Dated: August 8, 2006