UNITED STATES DISTRICT COURT

District of Rhode Island

| | | |
|---|---|---|
| JACKELING LOPEZ<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>) | C.A. 06-361T |

AFFIDAVIT OF SERVICE

I, Peter M. Iascone, attorney for the Plaintiffs, on oath depose and say that I did, in accordance with R.I. Gen. Laws §31-7-7, and Fed. R. Civ. P. 4(e) send certified mail, return receipt requested to the Defendant, United States Department of Justice at its known address, a true and accurate copy of the summons and complaint in this matter and that said Defendant did receive said summons and complaint as evidenced by the attached fully executed return receipt card.

PRESENTED BY:

Peter M. Iascone, Esq. (#3125)

Subscribed and sworn before me this 4th day of ~~September~~ October, 2006.

NOTARY PUBLIC

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0009 7537 3109

Article Sent To:
WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ $0.63 | 0840 |
| Certified Fee | $2.40 | 11 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| **Total Postage & Fees** | $ $4.88 | 08/15/2006 |

*Name (Please Print Clearly) (to be completed by mailer)*
United States Department of Justice
*Street, Apt. No.; or PO Box No.*
950 Pennsylvania Avenue, NW
*City, State, ZIP+4*
Washington, D.C. 20530-0001 (04-132)

PS Form 3800, July 1999 See Reverse for Instructions

---

SENDER: *COMPLETE THIS SECTION*

- **Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.**
- **Print your name and address on the reverse so that we can return the card to you.**
- **Attach this card to the back of the mailpiece, or on the front if space permits.**

1. Article Addressed to:

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 21 2006

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7099 3400 0009 7537 3109 (04-132)

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540