IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACKELING LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. NO. 06-361T |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ANSWER**

The United States of America, defendant, by and through its undersigned attorneys, hereby answers plaintiff's Complaint as follows:

**AFFIRMATIVE DEFENSES**

**FIRST DEFENSE**

The complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

All injuries and damages alleged by plaintiff were sustained without any negligence, fault, or want of care on the part of defendant.

**THIRD DEFENSE**

All injuries alleged by plaintiff as giving rise to this action were caused by the negligence or failure to exercise due care on the part of plaintiff.

**FOURTH DEFENSE**

In the event defendant is found to be negligent, which negligence defendant denies, the

negligence of plaintiff contributed to causing the alleged injuries and any recovery must be proportionally reduced.

**FIFTH DEFENSE**

Plaintiff's damages, if any proven, are limited to the amount claimed in the administrative claim pursuant to 28 U.S.C. § 2675(b).

**SIXTH DEFENSE**

Plaintiff has no right to a jury trial in this action. 28 U.S.C. § 2402.

**SEVENTH DEFENSE**

Plaintiff cannot recover attorneys' fees from defendant. 28 U.S.C. § 2412(d)(1)(A).

**EIGHTH DEFENSE**

Plaintiff is proscribed from recovering any amount for pre-judgment interest against defendant. 28 U.S.C. § 2674.

**NINTH DEFENSE**

Defendant hereby reserves the right to plead all other affirmative defenses or any applicable state and federal statutes which through discovery or otherwise it learns may be applicable.

**TENTH DEFENSE**

As to the specific allegations set forth in plaintiff's Complaint, defendant pleads as follows:

1. Paragraph 1 of plaintiff's Complaint consists solely of allegations of jurisdiction

to which no response is required. To the extent the Court requires a response, defendant admits the allegations contained in paragraph 1 of plaintiff's Complaint.

2. Defendant admits that an Administrative Claim under the FTCA, 28 U.S.C § 2672, et seq., was filed on behalf of plaintiff. The remaining allegations of paragraph 2 of plaintiff's Complaint, set forth conclusions of law, and therefore, no response is required. To the extent a response is required, defendant admits the remaining allegations contained in paragraph 2 of plaintiff's Complaint.

3. Paragraph 3 of plaintiff's Complaint consists solely of allegations of jurisdiction and venue to which no response is required. To the extent the Court requires a response, defendant admits the allegations contained in paragraph 3 of plaintiff's Complaint.

4. Defendant admits that the acts of defendant United States of America and its officers and employees, complained of herein occurred within the District of Rhode Island. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 4 of plaintiff's Complaint.

5. Paragraph 5 of plaintiff's Complaint consists solely of allegations of venue to which no response is required. To the extent the Court requires a response, defendant admits the allegations contained in paragraph 5 of plaintiff's Complaint.

6. Defendant admits the allegations contained in paragraph 6 of plaintiff's Complaint.

7. Defendant denies the allegations contained in paragraph 7 of plaintiff's Complaint.

8. Defendant denies the allegations contained in paragraph 8 of plaintiff's Complaint.

9. Defendant denies the allegations contained in paragraph 9 of plaintiff's Complaint.

10. Defendant denies the allegations contained in paragraph 10 of plaintiff's Complaint.

11. Defendant denies the allegations contained in paragraph 11 of plaintiff's Complaint.

12. Defendant denies the allegations contained in paragraph 12 of plaintiff's Complaint.

**COUNT I**

13. Defendant restates and realleges the answers contained in paragraphs 1 through 12 herein.

14. Defendant denies the allegations contained in paragraph 14 of plaintiff's Complaint.

THE REMAINDER of plaintiff's Complaint represents a prayer for relief to which no responsive pleading is required. However, if the Court requires a response, defendant denies that plaintiff is entitled to judgment or to the relief sought. To the extent that the prayer for relief is deemed to allege facts to which a response is required, defendant denies the allegations.

DEFENDANT denies all other allegations of plaintiff's Complaint not specifically admitted.

WHEREFORE, defendant prays for judgment dismissing the Complaint and denying the relief sought.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Robin E. Feder
ROBIN E. FEDER, #3415
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email robin.feder@usdoj.gov

OF COUNSEL:
Frank M. Davis, Chief Division Counsel
Federal Bureau of Investigation

**CERTIFICATION OF SERVICE**

I hereby certify that on this 11th day of October, 2006, I caused to be electronically filed the within Answer, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, have received notice electronically:

Peter M. Iascone, Esq.
117 Bellevue Avenue
Newport, RI 02840

/s/ Robin E. Feder
ROBIN E. FEDER, #3415
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email robin.feder@usdoj.gov