IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACKELING LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. NO. 06-361T |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' MOTION TO COMPEL INTERROGATORY RESPONSES**

1. Pursuant to Fed. R. Civ. P. 33 and 37, Defendant United States moves for an order compelling Plaintiff Jackeling Lopez to provide full responses to the United States' First Set of Interrogatories to Plaintiff Jackeling Lopez ("Interrogatories") within ten days.

2. This is a personal injury case in which Defendant served its Interrogatories on June 8, 2007. (Exhibit A). Defendant also served its First Set of Requests for Documents ("Document Requests") that same day. On July 12, 2007, as a courtesy to Plaintiff, the Defendant agreed to a two-week extension for Plaintiff to respond to Defendant's Interrogatories and Documents Requests. (Exhibit B). Having received no discovery responses from Plaintiff by August 9, 2007, the undersigned counsel again wrote to Plaintiff: "If I do not have full, complete and verified responses to the United States' discovery by August 15, 2007, I will raise this issue with the Court." (Exhibit C). Plaintiff's counsel subsequently provided initial responses to the Defendant's Document Requests and stated during a telephone conference that interrogatory answers were forthcoming, but Plaintiff still has not responded to the Interrogatories. Accordingly, Defendant requests an order finding that Plaintiff has waived her

objections to the Interrogatories and compelling Plaintiff to respond fully to the Interrogatories within seven days.

3. Pursuant to Local Rule 7(a), no memorandum of law is required.

.

Respectfully submitted,
ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B.MYRUS
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: richard.myrus@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 18th day of September, 2007, I electronically filed the within Motion to Compel with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Peter M. Iascone, Esq.
117 Bellevue Avenue
Newport, RI 02840

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: richard.myrus@usdoj.gov