**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001
CIVIL FAX (401) 709-5017

July 12, 2007

**VIA FACSIMILE/REGULAR MAIL**

Gregory P. Sorbello, Esq.
Peter M. Iascone & Associates, Ltd.
117 Bellevue Avenue
Newport, Rhode Island 02840

Re: Jackeling Lopez v. United States, CA 06-361T

Dear Greg:

This confirms that, as a courtesy, the United States agrees to a two-week extension of the due date for Ms. Lopez to respond to the pending discovery requests, which were due this week. These responses are now due on July 24, 2007.

Very truly yours,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD B. MYRUS
Assistant U.S. Attorney

RBM/lam