**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001
CIVIL FAX (401) 709-5017

August 9, 2007

**VIA FACSIMILE/REGULAR MAIL**

Gregory P. Sorbello, Esq.
Peter M. Iascone & Associates, Ltd.
117 Bellevue Avenue
Newport, Rhode Island 02840

Re: Jackeling Lopez v. United States, CA 06-361T

Dear Greg:

On July 12, 2007, I wrote to you and agreed to a two-week extension for Ms. Lopez to provide her discovery responses. It is now August 9, and I have received nothing.

If I do not have full, complete and verified responses to the United States' discovery by August 15, 2007, I will raise this issue with the Court.

Please feel free to contact me if you wish to discuss this matter.

Very truly yours,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD B. MYRUS
Assistant U.S. Attorney

RBM/lam