IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACKELING LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. NO. 06-361T |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE**

Defendant United States submits this Notice to inform the Court that on September 18, 2007, defendant filed its motion to Compel Interrogatory Response (Docket No. 11). Thereafter, on September 19, 2007, Plaintiff Jackeling Lopez served responses to Defendant's First Set of Interrogatories. Therefore, defendant's pending Motion to Compel is now moot, although defendant reserves the right to challenge the sufficiency of plaintiff's interrogatory responses.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: richard.myrus@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 26th day of September 2007, I electronically filed the within Notice with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Peter M. Iascone, Esq.
117 Bellevue Avenue
Newport, RI 02840

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: richard.myrus@usdoj.gov