UNITED STATES DISTRICT COURT
IN THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACKELING LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. NO. 06-361T |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE

Plaintiff Jackeling Lopez and Defendant United States of America hereby request that the Court reschedule the October 17, 2007 settlement conference in this personal injury matter for a date after November 25, 2007. Counsel for the defendant is scheduled to attend a ten-day course at the National Advocacy Center in South Carolina from October 16 through October 25, 2007. In addition, the parties have exchanged written discovery and have scheduled depositions of the plaintiff and her husband for the week of November 19, 2007. The parties anticipate that after completing these depositions, the parties will be better positioned to assess the merits of this case and to participate in settlement negotiations.

WHEREFORE, the parties respectfully request that the Court reschedule the settlement conference in this case for a date after November 25, 2007.

PLAINTIFFS

/s/ Peter Iascone.
Peter Iascone, Esq.
117 Bellevue Avenue
Newport, RI 02840
(401)848-5200
(401) 846-8189 (Fax)
Attorney for Plaintiff

DEFENDANT

/s/ Richard B. Myrus
Richard B. Myrus
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (Fax)
Attorney for Defendant

N:\RMyrus\Lopez\Motion to reschedule.wpd