UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACKELING LOPEZ, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | C.A. No. 06-361T |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE

I hereby enter my appearance as counsel for the United States in the above matter.

Respectfully submitted,

__/s/ John P. McAdams__
JOHN P. McADAMS
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
Email: john.p.mcadams@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I electronically filed the foregoing document, NOTICE OF APPEARANCE, through the Court's CM/ECF electronic filing system.

Respectfully submitted,

/s/ John P. McAdams

JOHN P. McADAMS
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903