**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JACKELING LOPEZ | ) | |
| PLAINTIFF, | ) | |
| v. | ) | C.A. NO. 06-361T |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| DEFENDANTS | ) | |

**DISMISSAL STIPULATION**

Plaintiff, Jackeling Lopez, hereby dismisses all claims against Defendant, United States of America, currently pending in the above-entitled matter with prejudice.

Respectfully Submitted,
Jackeling Lopez
By her attorney,

/s/ Peter M. Iascone
Peter M. Iascone (#3125)
Peter M. Iascone & Associates, Ltd.
117 Bellevue Avenue
Newport, RI 02840
(401) 848-5200
(401) 846-8189 facsimile
iascone@law.necoxmail.com

**CERTIFICATION**

I hereby certify that on the 18th day of January 2008 I electronically filed the within Dismissal Stipulation with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Richard B. Myrus, Esquire
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Peter M. Iascone